# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL SHAOULIAN, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> MONARCH LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:18-cv-01108-CJC (KESx) <br><br> (Hon. Cormac J. Carney) <br><br> **ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** <br><br> Federal Rule 41(a)(1)(A)(ii) <br><br> Complaint Filed: May 15, 2018 |

# ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, pursuant to the stipulation of the parties, with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

Dated: ___October 12, 2018

_____
Hon. Cormac J. Carney
United States District Judge